AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Rafael Cuevas-Cruz ) | Case No: 1:22cr168LG-BWR-001 |
| a/k/a Rafael Cuevas Cruz, a/k/a Rafael Cueves-Cruz ) | |
| a/k/a Rafael Lopez-Cruz, a/k/a Rafael Lopez Cruz ) | USM No: 94742-408 |
| Date of Original Judgment: 08/10/2023 ) | |
| Date of Previous Amended Judgment: ____ ) | Abby Brumley Edwards |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

FILED  Apr 29 2024  ARTHUR JOHNSTON, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/10/2023 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/29/2024

Effective Date: _____
*(if different from order date)*

*Judge's signature*

The Honorable Louis Guirola, Jr., U.S. District Judge
*Printed name and title*